Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY THOMPSON,<br><br>  Plaintiff,<br><br>v.<br><br>RISE CREDIT OF CALIFORNIA, LLC,<br><br>  Defendant. | Case No.: 5:17-cv-01827-NC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT RISE CREDIT OF CALIFORNIA, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:  Hon. Nathanael M. Cousins<br>Crtrm:  7; Floor 4 |

**PLEASE TAKE NOTICE** that Plaintiff Brandy Thompson, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant Rise Credit of California, LLC, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant in part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) A notice off dismissal before the opposing party either serves an answer or a motion for summary judgment.

Defendant Rise Credit of California, LLC has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: April 25, 2017                                **Sagaria Law, P.C.**

By:     */s/ Elliot Gale*
          Elliot Gale
          Attorney for Plaintiff Brandy Thompson